No. 5277.—Otero & Co., S. en C., aplte., v. Mendín, apldo. —C. D. Ponce. ▮▮▮▮▮▮ Abril 22, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, y no habiéndonos convencido el promo-

vente de la carencia de jurisdicción por virtud de la cuantía envuelta, no ha lugar a la desestimación solicitada.